PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRI S. BURCH, ET AL.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>UR M. JADDOU, ET AL.,<br><br>                              Defendants. | CASE NO.  2:22-CV-02070-JDP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR FIRST EXTENSION OF TIME |

        The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose.  This case concerns an I-130 petition and I-485 application to secure immigration benefits for Plaintiff Qin, which has been pending since May 2, 2018.  U.S. Citizenship and Immigration Services recently issued a request for evidence (RFE), and Plaintiffs have until April 17, 2023 in which to submit a response.  The parties anticipate that this lawsuit will be rendered moot once USCIS receives Plaintiffs' RFE response and completes its adjudication of Plaintiffs' petition and application.

        The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 17, 2023.  The parties further request that all other filings deadlines be similarly extended.

///

1   Respectfully submitted,

2

3   Dated:  January 24, 2023                      PHILLIP A. TALBERT
                                                  United States Attorney
4

5                                          By:   /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
6                                                Assistant United States Attorney

7

8                                                /s/ MELINE M. YANG
                                                 MELINE M. YANG
9                                                Counsel for Plaintiff

10

11                              [PROPOSED] ORDER

12

13  IT IS SO ORDERED.

14

15  Dated:    January 24, 2023         _____

16                                     JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28